ANGELINE TAWEEL, *ET AL.*, PLAINTIFFS-PETITIONERS, v. STARN'S SHOPRITE SUPERMARKET, DEFENDANT-RESPONDENT.

*Messrs. Schoch, Dietrich & Stockman* for the petitioners.
*Messrs. McLaughlin, Dawes & Abbotts* for the respondent.

April 14, 1970. Granted.

LEHIGH VALLEY RAILROAD COMPANY, PLAINTIFF-RESPONDENT, v. BOROUGH OF MIDDLESEX, DEFENDANT-PETITIONER.

*Messrs. Foley & Gazi* for the petitioner.

*Messrs. Lamb, Blake, Hutchinson & Dunne* for the respondent.

April 14, 1970. Denied.

AUDREY H. WRIGHT, PLAINTIFF-RESPONDENT, v. INDUCTOTHERM CORPORATION, DEFENDANT-PETITIONER.

*Mr. Isidor Kalisch* for the petitioner.

*Messrs. Powell, Davis, Dietz & Colsey* and *Mr. Eugene T. Radcliffe* for the respondent.

April 14, 1970. Denied.